1

2

3

4

5

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 GEORGE GIANNI JAUREGUI, | **Case No. CV 16-01711 DSF (RAO)** |
| 12                  Petitioner, | |
| 13        v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND** |
| 14 L. JONES, | **RECOMMENDATIONS OF UNITED STATES MAGISTRATE** |
| 15                  Respondent. | **JUDGE** |

16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the

18    records and files herein, and the Magistrate Judge's Interim Report and

19    Recommendation.   The time for filing objections to the Interim Report and

20    Recommendation has passed and no Objections have been received.  Accordingly,

21    the Court accepts and adopts the findings, conclusions, and recommendations of the

22    Magistrate Judge.

23          IT IS ORDERED that within 30 days of the date of this Order, Petitioner

24    shall either: (a) elect to proceed on his exhausted claims by filing a "Notice of

25    Petitioner's Election to Proceed on only his Exhausted Claims and Consent to

26    Striking Unexhausted Claims;" or (b) elect to return to state court to exhaust his

27    unexhausted claims by filing a consent to dismissal of this action without prejudice.

28    ///

1   IT IS FURTHER ORDERED that in the event Petitioner elects to withdraw

2   the unexhausted claims, Respondent shall file and serve an Answer to the Petition

3   within 45 days of the service of Petitioner's notice of election to proceed on only

4   his exhausted claims.

5

6   DATED: 8/9/16

7   _____

    DALE S. FISCHER

8   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28