UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GEORGE G. JAUREGUI,

              Petitioner,

    v.

L. JONES,

              Respondent.

Case No. CV 16-01711 DSF (RAO)

JUDGMENT

    Pursuant to the Memorandum and Order Dismissing Petition Without Prejudice,

    IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  9/19/16

_____

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE